an automobile negligence action. The order denied a motion for a new trial.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

MARY J. McLEAN, Doing Business as McLEAN BUSINESS SERVICES, Respondent, v. LEE HUBBARD, Doing Business as TWIN-TON OFFICE SERVICES, Appellant.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Erie Supreme Court restraining defendant from soliciting plaintiff's former and present customers, and from serving same.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

GORDON M. SHOOLMAN, Appellant, v. GANNETT COMPANY, INC., Respondent.— Order insofar as appealed from unanimously affirmed, without costs of this appeal to either party. (Appeal from part of order of Monroe Trial Term denying plaintiff's motion to declare the verdict of the jury in favor of defendant for no cause of action to be a nullity, and to vacate the judgment entered thereon.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of FRANK J. LUCHOWSKI, Appellant, v. JAMES R. LAWLEY et al., as Commissioners of Election, Respondents.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Erie Special Term determining the order in which names of candidates will appear upon the ballots.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEIL BOYE, Appellant.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

(A) ROBERT J. BRIDGES, Plaintiff, v. MORGAN L. SIGEL, Defendant. (B) In the Matter of SALAMANCA TRUST Co., as Administrator of the Estate of MAUDE COOK, Deceased. (C) LEONARD J. ELLIS, Plaintiff, v. MORGAN L. SIGEL, Defendant. (D) NORMAN HOLBROOK, Plaintiff, v. MORGAN L. SIGEL, Defendant. (E) WOODROW REIS, Plaintiff, v. MORGAN L. SIGEL, Defendant. (F) DELIA MORAN, Appellant, v. CULVER-RIDGE SHOPPING CENTER, INC., et al., Respondents. (G) FRANCIS RUCH, Appellant, v. JAMES A. URTZ, Respondent. — [In each action] Appeal dismissed, without costs, upon stipulation.

(A) PAUL T. MYERS et al., Plaintiffs, v. LEHIGH VALLEY RAILROAD CO. et al., Defendants. (B) ROBERT F. CORNING et al., Plaintiffs, v. LEHIGH VALLEY RAILROAD Co. et al., Defendants.— Order of substitution of attorneys entered.

In the Matter of LOUIS A. BEZIO, Appellant, v. LESTER W. BERGLUND, as Judge of the City Court of Jamestown, et al., Respondents.— Order of substitution of party entered.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE ULYSSES MAY and LEONARD BENFORD, Appellants.— Motion granted and appeals dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED LYONS LETTS, Appellant.— Arthur A. Agnello, Esq., assigned as counsel to conduct appeal for appellant in place and stead of Charles Capobianco, Esq.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OLIVER BODDIE, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Richard A. Gleason, Esq., assigned as counsel to conduct appeal for appellant in place and stead of Burke N. Carson, Esq.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT BROWN, Appellant.— Basil Tzetzo, Esq., of Buffalo assigned as counsel to conduct appeal for appellant in place and stead of Daniel J. Maurin, Esq.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS McCOLLUM, Appellant.— John A. Murray, Esq., of Albany assigned as counsel to conduct appeal for appellant. (Order entered Oct. 4, 1960.)